IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-09-1066 |
| | § | |
| CARLOS ENRIQUE MENDOZA-COX; | § | |
| aka JOSE RAMON TEXEIRA TORRES | | |

**ORDER**

BE IT REMEMBERED on this 25th day of January, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed October 23, 2009, wherein the defendant Carlos Enrique Mendoza-Cox waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Carlos Enrique Mendoza-Cox to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Carlos Enrique Mendoza-Cox guilty of the offense of alien falsely representing himself to be a citizen of the United States to an Immigration Inspector while performing his official duties, in violation of 18 U.S.C. § 911; and to the offense of possession of a false identification document with the intent to use document to defraud the United States, in violation of 18 USC 1028(a)(4).

Signed this 25th day of January, 2010.

_____
Andrew S. Hanen
United States District Judge